# Exhibit A



# United States of America

### United States Patent and Trademark Office

## COOPERSTOWN DREAMS PARK

**Reg. No. 2,996,945**

**Registered Sep. 20, 2005**

**Corrected Aug. 11, 2015**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

COOPERSTOWN PROPERTIES, L.L.C. (NORTH CAROLINA LIMITED LIABILITY COMPANY)
330 SOUTH MAIN STREET
SALISBURY, NC 28144

FOR: ORGANIZING YOUTH BASEBALL LEAGUES AND CONDUCTING YOUTH BASEBALL TOURNAMENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-1-1995; IN COMMERCE 12-1-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,265,952.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COOPERSTOWN" AND "PARK", APART FROM THE MARK AS SHOWN.

SER. NO. 78-243,921, FILED 4-30-2003.



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,904,777

Registered Nov. 23, 2004

## SERVICE MARK
### PRINCIPAL REGISTER



COOPERSTOWN PROPERTIES, L.L.C. (NORTH CAROLINA LTD LIAB CO)
THIRD FLOOR
101 FISHER STREET
SALISBURY, NC 28144

FOR: ORGANINZING YOUTH BASEBALL LEAGUES AND CONDUCTING YOUTH BASEBALL TOURNAMENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-1-1995; IN COMMERCE 12-1-1995.

OWNER OF U.S. REG. NO. 2,265,952.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COOPERSTOWN" AND "PARK", APART FROM THE MARK AS SHOWN.

SER. NO. 78-244,844, FILED 5-2-2003.

MARLENE BELL, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,265,952

Registered Aug. 3, 1999

## SERVICE MARK
### PRINCIPAL REGISTER



ALL SPORTS PROMOTIONS GROUP, INC. (NORTH CAROLINA CORPORATION)
101 EAST FISHER STREET, THIRD FLOOR
SALISBURY, NC 28144

FOR: ENTERTAINMENT IN THE NATURE OF A YOUTH BASEBALL THEME PARK FEATURING LIGHTED BASEBALL FIELDS, BATTING RANGES, AND PRACTICE FIELDS AND A MUSEUM , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-1-1995; IN COMMERCE 12-1-1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COOPERSTOWN" AND "PARK", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS, IN PART, OF A BASEBALL AND A BASEBALL DIAMOND.

SER. NO. 75-107,574, FILED 5-21-1996.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,265,952

**United States Patent and Trademark Office**    Registered Aug. 3, 1999

SERVICE MARK
PRINCIPAL REGISTER



ALL SPORTS PROMOTIONS GROUP, INC.
   (NORTH CAROLINA CORPORATION)
101 EAST FISHER STREET, THIRD FLOOR
SALISBURY, NC 28144

FOR: ENTERTAINMENT IN THE NATURE
OF A YOUTH BASEBALL THEME PARK FEA-
TURING LIGHTED BASEBALL FIELDS, BAT-
TING RANGES, AND PRACTICE FIELDS AND
A MUSEUM , IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 12–1–1995; IN COMMERCE
12–1–1995.
   NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "COOPERSTOWN" AND
"PARK", APART FROM THE MARK AS
SHOWN.
   THE MARK CONSISTS, IN PART, OF A
BASEBALL AND A BASEBALL DIAMOND.

   SER. NO. 75–107,574, FILED 5–21–1996.

WON TEAK OH, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# DREAMS PARK

**Reg. No. 4,193,608**

**Registered Aug. 21, 2012**

**Corrected Apr. 17, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Cooperstown Properties, L.L.C. (NORTH CAROLINA LIMITED LIABILITY COMPANY)
330 South Main Street
Salisbury, NORTH CAROLINA 28144

CLASS 41: Organizing youth baseball leagues and conducting youth baseball tournaments

FIRST USE 12-00-1996; IN COMMERCE 12-00-1996

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2904777, 2265952, 2996945

No claim is made to the exclusive right to use the following apart from the mark as shown: "PARK"

SER. NO. 85-474,914, FILED 11-17-2011



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# Exhibit B





Home    Travel Baseball Resources ⌄    Players and Teams ⌄    Cooperstown Info ⌄    Cooperstown 2020    My Account ⌄







**Example Team**

Orlando, Florida

Cooperstown

Week: 1

**Roster Openings**

**Looking for an umpire**

Added 09-01-2020

**12u Summerville Vapor**

Summerville, South Carolina

Cooperstown

Week: 3

**Looking for an umpire**

Added 10-02-2020

**Athletes HQ**

Elgin, Illinois

Cooperstown

Week: 4

Added 11-19-2020

 admin@baseballconnections.com

0 Items



Home    Travel Baseball Resources    Players and Teams    Cooperstown Info    Cooperstown 2020    My Account

# ALL STAR VILLAGE ROLL CALL





**Ft. Caroline Steal**

Jacksonville, Florida

Oneonta

Week: 3

Added 09-11-2020

**Ft. Caroline Steal**

Jacksonville, Florida

Oneonta

Week: 3

Added 09-11-2020

**Ft. Caroline Steal**

Jacksonville, Florida

Oneonta

Week: 3

Added 09-11-2020

**KC CRUSH**

Bakersfield, California

Oneonta

Week: 7

Added 09-10-2020



admin@baseballconnections.com

🛒 0 Items

Home    Travel Baseball Resources    Players and Teams    Cooperstown Info    Cooperstown 2020    My Account

# Get Alerts

Get occasional alerts on which teams are coming each week, updates on pin trading, see if teams need players, along with much more!

**Email** *

Sign Up

Share this:

🐦 Twitter    f Facebook





0 Items

Home     Travel Baseball Resources     Players and Teams     Cooperstown Info     Cooperstown 2020     My Account

Home   »   Cooperstown Resources   »   Cooperstown Baseball FAQ

# Cooperstown Baseball FAQ

Cooperstown Dreams Park

Cooperstown All Star Village

See the excellent resources below to have the best possible time on your 12U baseball trip to New York!

SIGN UP FOR ALERTS

## The Basics

## The Basics

✉ admin@baseballconnections.com    🛒 0 Items

Home    Travel Baseball Resources ⌄    Players and Teams ⌄    Cooperstown Info ⌄    Cooperstown 2020    My Account ⌄

**What do people mean when they say Cooperstown?** ⊕

**Are these events just regular baseball tournaments?** ⊕

**Can anybody attend Cooperstown?** ⊕

**What if my family or player wants to attend Cooperstown but his or her team is not planning to go?** ⊕

**How much does it cost?** ⊕

admin@baseballconnections.com

0 Items

Home   Travel Baseball Resources ⌄   Players and Teams ⌄   Cooperstown Info ⌄   Cooperstown 2020   My Account ⌄

## What do people mean when they say Cooperstown?

Cooperstown, NY, is the location of the National Baseball Hall of Fame and Museum. It is a small town in upstate New York where some of the frist baseball games were played in the 19th century.

For youth baseball, there are two prominent organizations that host events each summer:

1. Cooperstown Dreams Park Experience in Cooperstown, NY
2. Cooperstown All Star Village in Oneonta, NY (about a 20-30-minute drive from Cooperstown, NY)

When referring to "Cooperstown" in the context of youth baseball, most people are making reference to participating in or both of these events.

### Are these events just regular baseball tournaments?                              ⊕

### Can anybody attend Cooperstown?                                                   ⊕

### What if my family or player wants to attend Cooperstown but his or her team is not planning to go?   ⊕

### How much does it cost?                                                            ⊕

admin@baseballconnections.com

0 Items

Home    Travel Baseball Resources    Players and Teams    Cooperstown Info    Cooperstown 2020    My Account

## What do people mean when they say Cooperstown?    ⊕

## Are these events just regular baseball tournaments?

Both Cooperstown Dreams Park and Cooperstown All Star Village can be thought of as summer camps where the players are campers and the coaches are counselors, and the organized camp activities are a set of organized baseball games culminating in a single-elimination bracket tournament.

Unlike most travel baseball or all-star tournaments to this point in a player's experience, the players will stay with their coaches and teammates in bunkhouses, with reduced contact with parents.

Both facilities provide lodging and meals for players.

From a baseball perspective, Dreams Park and All Star Village operate indpendently of both each other and also of any regional or national baseball organization. The each have modified rules that players, coaches, and parents should review prior to and during the event.

## Can anybody attend Cooperstown?    ⊕

## What if my family or player wants to attend Cooperstown but his or her team is not planning to go?    ⊕

## How much does it cost?    ⊕

Home    Travel Baseball Resources ⌄    Players and Teams ⌄    Cooperstown Info ⌄    Cooperstown 2020    My Account ⌄

### What do people mean when they say Cooperstown? ⊕

### Are these events just regular baseball tournaments? ⊕

### Can anybody attend Cooperstown?

Both All Star Village and Dreams Park are targeted and set up for the 12U age group for travel baseball. Players must be 12 years of age as of April 30 of the year of the event in order to be eligible.

11U or even 10U players can attend and compete against older players. There are no seapearate divisions for age group or team classification.

Any team or group of players can participate in one of the Cooperstown events provided they complete the registration process, are accepted, and make all required payments.

One note is that Dreams Park has been in operation longer than All Star Village. Because of this, there is higher demand to attend Dreams Park, and teams may not be accepted initially (there is a waitlist process) or may not be scheduled for a preferred week.

### What if my family or player wants to attend Cooperstown but his or her team is not planning to go? ⊕

### How much does it cost? ⊕

✉ admin@baseballconnections.com     🛒 0 Items

Home     Travel Baseball Resources ⌄     Players and Teams ⌄     Cooperstown Info ⌄     Cooperstown 2020     My Account ⌄

**What do people mean when they say Cooperstown?** ⊕

**Are these events just regular baseball tournaments?** ⊕

**Can anybody attend Cooperstown?** ⊕

**What if my family or player wants to attend Cooperstown but his or her team is not planning to go?**

Teams pick up players every week for Cooperstown.

If you want to attend and need to find a team, create an entry here to let teams know your interest and availability:
Additonally, you can view teams that need players and contact coaches and managers about opportunities here:

**How much does it cost?** ⊕

admin@baseballconnections.com

0 Items

Home     Travel Baseball Resources     Players and Teams     Cooperstown Info     Cooperstown 2020     My Account

### What do people mean when they say Cooperstown?

### Are these events just regular baseball tournaments?

### Can anybody attend Cooperstown?

### What if my family or player wants to attend Cooperstown but his or her team is not planning to go?

### How much does it cost?

Costs will vary, but key topics that will determine the cost for a team or family include the following items:

- Player registration fee (around $1,000 per player)
- Team fees for travel for coaches
- Team fees for umpires (teams are required to bring or fund an umpire)
- Team equipment costs
- Travel costs
- Lodging and meals for parents
- Player apparel requirements (players are required to bring their own pants, socks, and belts)
- Player bunkhouse items (sheets, pillows, snacks, toiletries, etc.)
- Player and family disctretionary spending money
- Family admission to National Baseball Hall of Fame and Museum (each player receives a ticket as part of their registration fees)

 admin@baseballconnections.com

🛒 0 Items

Home     Travel Baseball Resources ⌄     Players and Teams ⌄     Cooperstown Info ⌄     Cooperstown 2020     My Account ⌄

## 13
### WEEKS OF MEMORIES

## 2000
### TEAMS

## 22000
### PLAYERS







**PIN TRADING**

See which teams have pins to trade!

Add your pins to the list and get weekly updates of new traders.

**SEE WHO'S COMING**

See which teams are going to Cooperstown Dreams Park and Cooperstown All Star Village each week

**LODGING INFORMATION**

Get high level reviews and links to book accomodations for your visit to  Cooperstown Dreams Park or Cooperstown All Star Village.

Add information about locations to share with future attendees.



admin@baseballconnections.com

0 Items

Home     Travel Baseball Resources     Players and Teams     Cooperstown Info     Cooperstown 2020     My Account



# Get Alerts

Get occasional alerts on which teams are coming each week, updates on pin trading, see if teams need players, along with much more!

**Email** *

Sign Up





✉ admin@baseballconnections.com  f  ⊙                                    🛒 0 Items

Home    Travel Baseball Resources ⌄    Players and Teams ⌄    Cooperstown Info ⌄    Cooperstown 2020    My Account ⌄

# Shop



Neck Gaiter Face Covering, White with Navy Stripes

$18.00



Neck Gaiter Face Covering, Navy with White Stripes

$18.00



Neck Gaiter Face Covering Royal with White and Orange Stripes

$18.00



Baseball Connections Home Run Neck Gaiter Face Covering, White

$18.00



Baseball Connections Home Run Neck Gaiter Face Covering, Royal

$18.00



Baseball Connections Home Run Neck Gaiter Face Covering, Red

$18.00



admin@baseballconnections.com

🛒 0 Items

Home     Travel Baseball Resources ⌄     Players and Teams ⌄     Cooperstown Info ⌄     Cooperstown 2020     My Account ⌄

# AGE GROUP FYI

## 2020/2021 10U Age Group Guide

- 10U includes players born during this time period: **May 2010 - April 2011**
- Players in this age group will graduate high school in **2028 and 2029**
- Some organizations have a grade exemption that allows players in this grade to play: **Fourth Grade**
- Players in this age group will go to Cooperstown in **2023**. Get info on Cooperstown here.

## Field and Equipment info:

Regulations may vary by organization, but these are typical guidelines for **10U**:

- Pitching Mound Distance (feet): **46**
- Distance between bases (feet): **65**
- Typical permitted bats: **USSSA or USA**
- Players typically use bats in this length range: **29-31 inches**
- Typical bat "drops" (difference between length and weight): **-10 ounces**
- Typical game time limits: **1:30 - 1:45**



Team Openings and Tryouts

**10U TEAM OPENINGS**

See which teams are looking for players for 10U



Baseball Players Looking for a Team



Home    Travel Baseball Resources ⌄    Players and Teams ⌄    Cooperstown Info ⌄    Cooperstown 2020    My Account ⌄

# Pitching info:

For pitching, the average velocity range is **45-55 MPH**, and advanced athletes may throw **60+ MPH**.

Pitch Count Guidelines from Major League Baseball

- Max number of game pitches in a day: **75**
- 20-Jan Pitches: 0 days of rest
- 21-35 Pitches: 1 day of rest
- 36-50 Pitches: 2 days of rest
- 51-65 Pitches: 3 days of rest
- 66+ Pitches: 4 days of rest



**10U FREE AGENTS**

See which 10U players are looking for a team



**LEARN ABOUT 11U**

Get ready for the next age group with insights and guidelines!

